No. 52425.—H. H. Schmidt Glove Co., Inc. v. United States, protests 983866–G, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.